# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:14cv65

| | |
|---|---|
| CAROL MCCRORY and BRENDA CLARK, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )  **ORDER** <br>) |
| THE STATE OF NORTH CAROLINA, et al., | )<br>)<br>) |
| Defendants. | )<br>) |

Pending before the Court is the Motion to Stay [# 8]. Upon a review of the record and the Defendant's motion, the Court **DIRECTS** the parties as follows:

1. Defendants shall have until June 10, 2014, to answer or otherwise respond to the Complaint.

2. Plaintiffs shall have until May 12, 2014, to respond to the Motion to Stay. The response shall not exceed ten (10) pages. Plaintiffs should indicate whether they oppose staying the case at this time pending a ruling from the United States Court of Appeals for the Fourth Circuit in <u>Bostic v. Schaefer</u>. If Plaintiffs oppose staying this case, they should state in their response why staying this case

-1-

is not warranted.

3. Defendants shall have three (3) days from the date Plaintiffs file their response to the Motion to Stay to file a reply. The reply shall not exceed five (5) pages.

4. Once the Motion to Stay is fully briefed and Plaintiffs have had an opportunity to respond, the Court will address whether to stay this case prior to requiring Defendants to Answer or otherwise respond to the Plaintiff's Complaint.

Signed: May 2, 2014

Dennis L. Howell
United States Magistrate Judge