THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:14-cv-00065-MR-DLH

| | |
|---|---|
| CAROL McCRORY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| THE STATE OF NORTH CAROLINA, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the Plaintiffs' Motion to Lift the Stay of Proceedings and to Grant Summary Judgment on the Merits [Doc. 14].

On August 20, 2014, the United States Supreme Court granted an application to stay the issuance of the mandate in Bostic v. Schaefer, __ F.3d __, 2014 WL 3702493 (4th Cir. July 28, 2014), pending the filing and disposition of a petition for a writ of certiorari. See McQuigg v. Bostic, __ S.Ct. __, 2014 WL 4096232 (U.S. Aug. 20, 2014). As the present case was previously stayed pending a ruling in the Bostic matter [see Doc. 13],

the Court will continue the stay pending the Supreme Court's disposition of the case.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Plaintiffs' Motion to Life the Stay of Proceedings and to Grant Summary Judgment on the Merits [Doc. 14] is **DENIED**.

**IT IS FURTHER ORDERED** that this matter is hereby **STAYED** pending the Supreme Court's disposition of <u>Bostic</u>, whether by denial of the petition for a writ of certiorari, or by a grant of such petition and a judgment by the Court.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge